E. VINCENT CARROLL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, #400
Billings, MT  59101
Phone: (406) 247-4684
FAX: (406) 657-6058
Email: Vincent.Carroll@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS DIV.

2011 MAY 23  PM 2 14

PATRICK E. D
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11-59 - BLG- RFC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **ASSAULT RESULTING IN SERIOUS BODILY INUJURY** Title 18 U.S.C. §§ 1153(a) and 113(a)(6) (Penalty:  Ten years imprisonment, $250,000 fine, and three years supervised release) |
| CODY L. BIG HAIR, | |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about February 5, 2011, on Highway 313, at or near mile marker 38, near Fort Smith, in the State and District of Montana, and within the boundaries of the Crow Indian Reservation, being Indian Country, the defendant, CODY L. BIG HAIR, an Indian person, did willfully and recklessly assault C.E.L., said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

A TRUE BILL.

FOREPERSON

MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____

Warrant: _____

Bail: ___none___

2